### JAMES PROCELL V. STATE

No. 34,394.   April 18, 1962

248

*Marion G. Holt,* Nacogdoches, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

WOODLEY, Presiding Judge.

The offense is the unlawful sale of beer in a dry area; the punishment, 30 days in jail and a fine of $250.

The information alleges that the sale was made in Nacogdoches County, a dry area.

The state concedes that there is no proof that said County was a dry area, without which the conviction cannot stand. Hargiss v. State, 330 S.W. 2d 538; Smith v. State, 159 Texas Cr. Rep. 351, 264 S.W. 2d 106; Brown v. State, 135 Texas Cr. Rep. 3, 117 S.W. 2d 107.

The state's brief also points out that there is no proof of the sale except by a statement of the appellant before a grand jury.

The evidence being insufficient to sustain the conviction, the judgment is reversed and the cause remanded.